

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Josephine Deleon Diaz,         * From the 350th District Court
                                          of Taylor County
                                          Trial Court No. 11733-D.

Vs. No. 11-16-00301-CR          * September 20, 2018

The State of Texas,               * Memorandum Opinion by Bailey, C.J.
                                          (Panel consists of: Bailey, C.J.;
                                          Gray, C.J., sitting by assignment; and
                                          Wright, S.C.J., sitting by assignment)
                                          (Willson, J., not participating)

       This court has inspected the record in this cause and concludes that there is no error in the judgment below.  Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.